UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMMA BEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 19-0256 (CKK) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant United States Department of Justice, by undersigned counsel, respectfully submits this Answer to the Complaint filed by Plaintiff Emma Best on January 30, 2019.

### JURISDICTION

1. This paragraph contains conclusions of law to which no response is required.

### VENUE

2. Defendant admits that venue is proper in this judicial district.

### PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3.

4. Defendant admits the allegations in Paragraph 4.

### FACTUAL BACKGROUND

5. The allegations in Paragraph 5 constitute Plaintiff's characterization of the nature of this action, to which no response is required. To the extent a response is required, Defendant lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 5.

6.      Defendant lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 6.

7.      Defendant lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 7.

8.      Defendant lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 8.

9.      Defendant lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 9.

**COUNT ONE**

10.      Defendant reasserts its responses to Paragraphs 5 through 9 as if set forth herein.

11.      Defendant admits that by letter dated October 16, 2017, Plaintiff submitted a FOIA request to the FBI.  Defendant refers the Court to that request for a complete and accurate statement of its contents and denies any allegation inconsistent with the request's plain language, meaning, or context.

12.      Defendant admits Plaintiff's FOIA request dated October 16, 2017, sought files describing or related to Church Committee, including not limited to those labeled Senstudy, Senstudy 75 or Senate study and sought a fee waiver.  Defendant refers the Court to that request for a complete and accurate statement of its contents and denies any allegation inconsistent with the request's plain language, meaning, or context.

13.      Defendant admits that by letter dated November 28, 2017, the FBI released 123 pages to Plaintiff.  Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

14. Defendant admits that by letter dated December 8, 2017, Plaintiff filed an appeal with OIP. Defendant refers the Court to that appeal for a complete and accurate statement of its contents and denies any allegation inconsistent with the appeal's plain language, meaning, or context.

15. Defendant admits that by letter dated December 29, 2017, OIP assigned Plaintiff's appeal number DOJ-AP-2018-001741. Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

16. Defendant admits that by letter dated February 16, 2018, OIP informed Plaintiff that her request had been remanded back to the FBI. Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

17. Defendant admits that by letter dated March 8, 2018, the FBI informed Plaintiff that her request would undergo further processing. Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

18. Defendant lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 18.

19. Defendant admits that by letter dated August 8, 2018, the FBI informed Plaintiff it had located approximately 18,615 pages of potentially responsive records and estimated Plaintiff would owe $565 in duplication fees if she chose to receive them on CD. Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

20. Defendant admits that by letter dated August 8, 2018, the FBI informed Plaintiff that her fee waiver request was denied.  Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

21. Defendant admits that to this date the Defendant has not released any further material to Plaintiff.  The allegations in the second sentence of Paragraph 21 contain conclusions of law to which no response is required.  To the extent a response is required, Defendant denies the allegations in the second sentence of Paragraph 21.

## COUNT TWO

22. Defendant reasserts its responses to Paragraphs 5 through 21 as if set forth herein.

23. Defendant admits that by letter dated December 27, 2018, Plaintiff submitted a FOIA request to the FBI.  Defendant refers the Court to that letter for a complete and accurate statement of its contents and denies any allegation inconsistent with the letter's plain language, meaning, or context.

24. Defendant admits that Plaintiff's request sought copies of files relating to, describing, or released to the Pike Committee.  Defendant refers the Court to that request for a complete and accurate statement of its contents and denies any allegation inconsistent with the request's plain language, meaning, or context.

25. Defendant admits that to this date the Defendant has not released any material to Plaintiff regarding this request.  The allegations in the second sentence of Paragraph 25 contain conclusions of law to which no response is required.  To the extent any response is required, Defendant denies the allegations in the second sentence of Paragraph 25.

4

**DEFENSES**

1. The complaint fails to state a claim upon which relief can be granted.

2. Some of the information sought by Plaintiff is exempt from release under one or more exemptions of FOIA, 5 U.S.C. § 552, as amended.

Dated: March 6, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: ⎯⎯/s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*