UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
EMMA BEST, )
)
       Plaintiff, )    Civil Action No. 19-0256 (CKK)
)
v. )
)
U.S. DEPARTMENT OF JUSTICE, )
)
       Defendant. )
)

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 24, 2019, Plaintiff Emma Best and Defendant United States Department of Justice respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

Plaintiff's FOIA request seeks the production of all records regarding the work of the United States Senate Select Committee to Study Government Operations with Respect to Intelligence Activities (also known as the "Church Committee") and the United States House Permanent Select Committee on Intelligence (also known as the "Pike Committee").

As previously reported, on May 16, 2019, Defendant made an initial production of non-exempt, responsive documents to Plaintiff. On August 14, 2019, Defendant reviewed the remaining 382 pages of potentially responsive records and released 150 pages in full or in part to Plaintiff on August 15, 2019.[1] Plaintiff intends to review the production and promptly advise

---

[1] Approximately 207 pages withheld in full by Defendant were removed as a consult/referral to another government agency. Defendant will update Plaintiff and the Court with the status of these pages in the next Joint Status Report.

Defendant whether she has any issues with Defendant's response to the FOIA request so that the parties might address them prior to any briefing.

The parties request to submit a further Joint Status Report on or before September 30, 2019.

Dated:  August 15, 2019                                  Respectfully submitted,

<div style="margin-left: 3em;">

By: *s/ Bradley P. Moss*
Bradley P. Moss, Esq. (D.C. Bar #975905)
Mark S. Zaid, Esq. (D.C. Bar #440532)
Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C. 20036
Phone: (202) 454-2809
Fax:  (202) 330-5610
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

       /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*

</div>