UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA BEST,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　　*Defendant*. | Civil Action No. 19-0256 (CKK) |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff brought suit against Defendant United States Department of Justice under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, challenging some of the Federal Bureau of Investigation's ("FBI") withholdings with respect to two of Plaintiff's FOIA requests. FBI has given Plaintiff all the records to which it is entitled under FOIA. As there are no material facts in dispute, FBI respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment as to all claims asserted. The enclosed memorandum of points and authorities, statement of facts, supporting declaration, the exhibits thereto, and the *Vaughn* Index establish that FBI is entitled to the relief it seeks.

\*　\*　\*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*