UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA BEST,

    *Plaintiff,*

v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 19-0256 (CKK)

## **DEFENDANT'S STATEMENT OF FACTS**

Pursuant to Local Civil Rule 7(h), Defendant United States Department of Justice, specifically the Federal Bureau of Investigation ("FBI") respectfully submits this Statement of Material Facts Not in Genuine Dispute in support of its Motion for Summary Judgment.

1.    By letter dated October 16, 2017, Plaintiff submitted a FOIA request to the FBI seeking records pertaining to "Files relating to, describing or released to the Church Committee, including but not limited to those labeled SENSTUDY, SENSTUDY 75, or Senate Study." Second Declaration of Michael G. Seidel ("2nd Seidel Decl.") ¶ 5 (attached) Ex. A.

2.    By letter dated October 25, 2017, the FBI acknowledged receipt of Plaintiff's FOIA request and assigned it with FOIA request number 1387588-000. *Id.* ¶ 6, Ex. B.

3.    The FBI located 123 pages of preprocessed material – material previously released to another requester and provided the records to Plaintiff by letter dated November 28, 2017. *Id.* ¶ 7, Ex. C.

4. By letter dated December 8, 2017, Plaintiff filed an appeal with DOJ/OIP, challenging the FBI's November 28, 2017 determination. *Id.* ¶ 8, Ex. D.

5. On December 29, 2017, DOJ/OIP acknowledged receipt of Plaintiff's FOIA appeal. *Id.* ¶ 9, Ex. E.

6. By letter dated February 16, 2018, DOJ/OIP informed Plaintiff that it was remanding its request to the FBI for a further search for additional responsive records. *Id.* ¶ 10, Ex. F.

7. On March 8, 2018, FBI acknowledged receipt of Plaintiff's remanded appeal. *Id.* ¶ 11, Ex. G.

8. By letter dated August 8, 2018, the FBI denied Plaintiff's fee waiver, indicating that Plaintiff had failed to demonstrate that the requested information was in the public interest as it was not likely to contribute significantly to the public understanding of the operations and activities of the government. *Id.* ¶ 12, Ex. H.

9. On the same date, the FBI advised Plaintiff in a separate letter that it had located approximately 18,615 of records potentially responsive to Plaintiff's request, and advised Plaintiff that the fees assessed would be $565.00 for 38 CDs, or $925.75 for paper releases; it was later

determined that most, if not all of the potentially responsive records had been accessioned to NARA prior to the receipt of Plaintiff's FOIA request. *Id.* ¶ 13 n.4, Ex. I.

10. On December 27, 2018, Plaintiff submitted a FOIA request to the FBI seeking records pertaining to: "Files relating to, describing or released to the Pike Committee, including but not limited to those labeled HOUSTUDY, HOUSTUDY 75, or House Study as well as FBI file 62-116464. *Id.* ¶ 16, Ex. L.

11. By letter dated January 8, 2019, the FBI acknowledged Plaintiff's FOIA request and assigned it FOIA Request No. 1425730-000. *Id.* ¶ 17, Ex. M.

12. On January 30, 2019, Plaintiff filed the instant FOIA lawsuit. *See* ECF No. 1.

13. The FBI located 205 pages of preprocessed material – material previously released to another requester and provided the records to Plaintiff by letter dated May 16, 2019. 2nd Seidel Decl. ¶ 19, Ex. N.

14. On August 15, 2019, the FBI provided an additional release of records responsive to both of Plaintiff's FOIA requests. The FBI informed Plaintiff that 382 pages of records were reviewed, and 150 pages of records were being released in full or in part with information withheld pursuant to FOIA Exemptions (b)(3), (b)(6), (b)(7)(C) and (b)(7)(E) *Id.* ¶ 20, Ex. O.

15. By letter dated October 30, 2019, the FBI made a final release of records responsive to both of Plaintiff's FOIA requests. The FBI advised Plaintiff that 207 pages of records were reviewed, and 202 pages of records were being released in full or in part with information withheld pursuant to FOIA Exemptions (b)(3), (b)(6), (b)(7)(C) and (b)(7)(E). *Id.* ¶ 21, Ex. P.

16. The FBI released to plaintiff all reasonably segregable, non-exempt information. *Id.* ¶¶ 41-42.

17. In the Joint Status Report dated February 5, 2020, the parties agreed to narrow the issues to be briefed to redactions in connection with the FBI's production of records that were not in possession of the NARA. *See* ECF No. 17. The FOIA Exemptions at issue are Exemption (b)(3), based on 50 U.S.C. § 3024(i)(1), and Exemption 7(E), regarding only information about targets, dates, and scope of surveillance and specific law enforcement techniques. *Id.* With regard to Exemption 7(E), Plaintiff is not challenging the withholding of file numbers or subfile names. *Id.*

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney

        Daniel F. Van Horn
        Chief, Civil Division
        D.C. Bar #924092

        By: /s/ *Kathleene Molen*

KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*