# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA BEST,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES DEPARTMENT<br>OF JUSTICE,<br>　　　　Defendant. | Civil Action No. 19-256 (CKK) |

## ORDER
(October 22, 2020)

　　The Court has received the Plaintiff's Notice of Concession, ECF No. 25. Therein, Plaintiff concedes Defendant's pending Motion for Summary Judgment, ECF No. 22. Accordingly, Defendant's Motion for Summary Judgment is, hereby, **GRANTED**. The Court will **DISMISS** Plaintiff's action **WITH PREJUDICE** on October 30, 2020, unless Plaintiff files an objection to the contrary before that time.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge